RICHARD J. PARKER
PARKER, BUTTE & LANE,P.C.
1200 NW Naito Parkway, Suite #200
Portland, OR.  97209
503-241-1320
503-323-9058

rjp@pbl.net

Of Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| In re: | ) | Case No.: 14-33384-tmb13 |
| | ) | |
| SCOTT RONALD WILLOUGHBY, | ) | AMENDED RESPONSE OF DEBTOR TO MORTGAGE COMPANY 4100R FILING, AND MOTION FOR HEARING ON MORTAGE CURE AND FORM 4100R FILING BY US BANK |
| Debtor. | ) | |

Debtor, Scott Ronald Willoughby, by and through his attorney, Richard J. Parker, hereby objects to the 4100 R Response filed by US Bank Trust National Association, as Trustee of the SCIG Series III Trust.

First, the response is deficient in that it does not include the Itemized Payment History required in Part 4 of the form reflecting payments made on the account, particularly post-petition payment made by Debtor.

Second, as indicated by the docket in this case, the predecessors of creditor have filed 2 motions for relief from

stay which were withdrawn when creditors could not provide a payment history or explain failure to credit payments made by Debtor. The original servicer at the time of filing was OCWEN and they did not file a proof of claim. A claim on their behalf was filed by Debtor showing arrears of $36,000 and this claim was not amended by creditor and has been paid by the trustee.

Docket #37 (Fannie Mae) alleged $24,385.56 post-petition default (5-3-16).

Withdrawn, Docket #40,

Docket #49 (MTGLQ Investors, LP) alleged $39,363.90 post-petition default (5-3-18).

Removed from calendar, Docket #53.

Third, as indicated by the statements from various servicers, the creditor has no clue what the balance is at any given time or at present.

Rushmore statement dated 6-13-18 – unpaid amount $42,004.41

SN Servicing statement dated 8-8-18 – unpaid amount $58,704.37

9-5-19 – unpaid amount $39,524.95

10-3-18 – unpaid amount $40,902.40

11-7-18 – unpaid amount $47,804.38

12-5-18 – unpaid amount $46,975.46

1-2-19 - unpaid amount $48,905.93

3-6-19 - unpaid amount $51,412.05



PARKER, BUTTE & LANE, P.C.
1200 NW Naito Parkway Ste #200
Portland OR 97209
(503) 241-1320

Debtor has records showing payments made during that time period.

Forth, the servicer has misapplied funds sent to pay escrow arrears. Throughout the case despite repeated requests, the various servicers have been unable to provide an accurate, coherent and readable payment history and thus could not their Motions for Relief.

Fifth, Debtor believes that his arrearage total less than $10,000 and is prepared to pay what is due immediately upon court determination of the amount due.

Finally, Debtor requests that the servicer/holder pay the reasonable attorney fees for having to pursue this matter.

Dated this 15th day of April, 2019

/S/ Richard J. Parker
RICHARD J. PARKER, OSB #800945
Attorney for Debtor

cc: Wayne Godare and US Bank



PARKER, BUTTE & LANE, P.C.
1200 NW Naito Parkway Ste #200
Portland OR 97209
(503) 241-1320

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

In re:

SCOTT RONALD WILLOUGHBY

Debtors.

Bankruptcy Case No. 14-33384-tmb13

**CERTIFICATE OF SERVICE**

I, Richard J. Parker, declare as follows:

I certify that on **April 15, 2019,** I served, by **first class mail**, a full and true copy of the foregoing **Response of Debtor to Mortgage Company 4100R Filing, and Motion for Hearing on Mortgage Cure and Form 4100R Filing by US Bank** on the following by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addressed as shown below, in the U.S. Mail at Portland, Oregon on the date indicated below:

Attorney for Creditor, U.S. Bank Trust National Association, as Trustee of Tiki Series III Trust, Michelle R. Ghidotti-Gonsalves, Esq., GHIDOTTI BERGER LLP, 1920 Old Tustin Ave., Santa Ana CA 92705

US Bank Trust National Association, Katie L. Greene, SN Servicing Corporation, SN Servicing Corporation, 323 5th Street, Eureka CA 95501

Via Certified Mailing
U.S. Bank National Association, Andrew Cecere, President, 800 Nicollet Mall, Minneapolis MN 55402

Via Electronic Notice Only
Office of US Trustee- USTPRegion18.PL.ECF@usdoj.gov
Wayne Godare, Trustee in Bankruptcy

DATED: April 15, 2019

/s/ Richard J. Parker
Richard J. Parker, OSB #800945
Attorney for Debtor(s)



PARKER, BUTTE & LANE, P.C.
1200 NW Naito Parkway # 200
Portland OR 97209
(503) 241-1320